# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>TARLOCHAN SINGH NARWAL individually and dba AL'S MINI MART, et al.,<br><br>    Defendants. | No. 1:18-cv-00965-LJO-SAB<br><br>ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 7) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that

1. Defendants Tarlochan Singh Narwal and Sarbjit K. Narwal shall have to and including October 16, 2018 within which to file responsive pleadings; and
2. The scheduling conference set for October 16, 2018 is CONTINUED to November 20, 2018 at 11:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **September 19, 2018**

UNITED STATES MAGISTRATE JUDGE

Page 1