# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>   Plaintiff,<br><br>   v.<br><br>TARLOCHAN SINGH NARWAL, et al.,<br><br>   Defendants. | Case No. 1:18-cv-00965-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>DEADLINE: NOVEMBER 20, 2018 |

On October 15, 2018, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before November 20, 2018.

IT IS SO ORDERED.

Dated: __October 17, 2018__

_____
UNITED STATES MAGISTRATE JUDGE

1